IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KIMBERLY HANBACK,

    Plaintiffs,

v.

REAL DEAL ENTERPRISES, INC.
and MICHELLE BABBITT,

    Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-2283-MHC

## ORDER

This matter is before the Court on the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Action [Doc. 34].

The Court reviewed the Settlement Agreement and Releases [Docs. 34-1 & 34-2] to determine their adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the parties' agreements and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement and Releases for all parties are a fair, reasonable, and

adequate resolution of this action; and (2) the Settlement Agreement and Releases were reached in an adversarial context where the parties had legal representation.

Upon consideration of the Joint Motion, the Court **ORDERS** that the payment of the settlement amount shall be made as provided in the Settlement Agreement and Releases. The parties have agreed that Defendants shall pay reasonable attorneys fees and costs incurred in prosecuting this matter, and will agree upon the amount or present the issue to the Court for determination.

Accordingly, the Court **GRANTS** the Joint Motion [Doc. 34], **APPROVES** the parties' Settlement Agreement and Releases, and hereby **DISMISSES** all claims in the above-styled action **WITH PREJUDICE**.

**IT IS SO ORDERED** this 14th day of August, 2015.

_____
MARK H. COHEN
United States District Judge